Good morning, ladies and gentlemen. I'm happy to join this well warmed up panel. We have three cases this morning, same parties, same lawyers, different patents. We will take them in turn, each on its own time, although being flexible as needed. And as you know, the order of the parties is reversed in the third case, and you can choose to stay where you are or switch as you like. Our first case is Vicor Corporation v. SynQor, 2016-2282. Mr. Smith. Thank you, Your Honor. Matthew Smith with the appellant, Vicor Corporation. Let me begin, this is of course the 702 patent case, with the Board's decision concerning the rejection over Kobos and Pressman as motivated by Jovanovich. And I think here we have the case of a clear error in the Board's opinion that has become clearer through the briefing process. And that relates of course to the Jovanovich reference. The Jovanovich reference, as the Board notes on appendix page 22, is there to provide additional motivation to make the combination. As explained in the request reexamination, Jovanovich explains why in certain situations a person of ordinary skill in the art might want to have an unregulated bus voltage. And that was explained of course in the examiner's rejection that were appealed by SynQor. In the Board's opinion, however, the only substantive treatment of the Jovanovich reference appears on appendix page 24, where the Board says, Requester further pointed to Jovanovich as describing circuit components as modular building blocks. According to Pressman, and then there's a block quote from the Pressman reference talking about modular building blocks. This is I think the clear mistake regarding the Jovanovich reference. It's certainly true that Pressman was cited for his teaching of modular building blocks leading up to figure 3-4 in Pressman. However, Jovanovich was cited for motivation to have an unregulated bus voltage. I think that's made very clear in the request for reexamination at appendix pages 120 and 121. Wasn't the proposed rejection to insert Kobo's figure 6B? Correct, Your Honor. And then the Board found that that wouldn't lead to... that figure 6B's pulse width modulating converter would regulate the converter, right? So that I think is the essence of the Board's decision, that there's some sort of inherent regulation in figure 6B. So if you combine these two pieces from Pressman 3-4B and Kobo's, you wouldn't end up with a non-regulating isolation stage. So that I think is why the Jovanovich reference is so critical. I would perhaps have an issue with the factual underpinning there, but I think that line of reasoning illustrates why Jovanovich is critical or would have been critical to the rejection had the Board addressed it properly. Because Jovanovich is there to say there is motivation to make that front-end stage unregulating, and the Board just missed that. And Syncor had two reasons why the Board's opinion on the Jovanovich reference might be excusable. First of all, they said that the reference on appendix page 24 to Jovanovich was just a typo. It should have been Pressman. And I think that's plausible from reading that paragraph, because Pressman is cited, among other things, for its teaching of building blocks. But I don't think that helps the Board's opinion in terms of the error made. Because if there's no discussion of Jovanovich in the Board's opinion, then the Board just missed the import of Jovanovich in the reference. And as the colloquy with Judge Chen showed, it really goes to the very point the Board is finding a distinction over the prior art with. Syncor also makes the argument- Can I ask, did Dr. Schlecht say anything about Jovanovich? I don't recall, Your Honor, whether Dr. Schlecht testified specifically to the import of Jovanovich. The Board certainly didn't cite his testimony or rely on it in applying the fact in that way. Did your reliance on Jovanovich, or Jovanovich, whatever it is, go beyond saying, here's why there would be a motivation to combine these other two things? And so if it didn't go beyond that, why aren't we left with the Board's decision to say, based in part on Dr. Schlecht, when you combine those two things, you still don't get there. Get to the claim, the unregulated claim. So Jovanovich does provide a motivation to do something in particular, and that something in particular is to have an unregulated bus voltage. And that means that the output of the front-end converter, if you remember that diagram that's in our request, is unregulated. So it's the reasoning why a person of ordinary skill in the art would make that front-end unregulated. So in essence, yes, there is a motivation to, even if the Board's reasoning leads you to the point where the front-end is regulated, there is a motivation to make that. I guess I'm now confused about what you argued to the Board, either at the initial decision stage or in the rehearing stage. Did you argue to them that even if Kobos teaches a regulated isolation stage, we have Jovanovich, or however you say it, that teaches why you would modify Kobos's regulated isolation stage to be a non-regulated isolation stage? Because that sounds like what you're arguing to us now. Yes, Your Honor. So certainly in the initial request for reexamination, that is what it says. If you look at the bridging paragraph— I'm talking about the arguments made to the Board. Yes, I'm getting to that, Your Honor. In the arguments made to the Board, I don't think we used the word even if, because remember, we don't believe that Kobos figure 6b is regulated. But we certainly made the argument that Jovanovich motivates having an unregulated front-end or an unregulated bus voltage. So I don't think there's a specific saying this is how you would modify the additions to Kobos figure 6b that Dr. Schlecht says would be there. Could you point me to that in the joint appendix? I don't think it's in the appendix, Your Honor. Oh, okay. It wasn't challenged below. It's something we didn't argue, so it's not showing up in the appendix— not below, I'm sorry, in the briefing. So ultimately, I think this issue— sorry, I should back up and say the second point that Sinclair made about Jovanovich was that the arguments based on Jovanovich were waived, and the waiver argument is in essence that the examiner, when he adopted the rejection from Jovanovich, only said, I incorporate by reference the claim charts. As we explained in the briefing, even the claim charts make the argument that Jovanovich motivates an unregulated bus voltage. Okay. I'm sorry. Could you point me to the pages of your blue brief then? The point pages in the blue brief that— About Jovanovich. Oh, yes, Your Honor. So beginning on page 18 in our blue brief, Your Honor, there is a section called Reasons to Make the First Conversion Stage of Pressman Unregulated, which talks about the motivation provided by both Pressman and Jovanovich. Jovanovich discussion proper begins on page 20, carrying over to page 22, and the discussion of the board's error is on the following pages with respect to Jovanovich. So Jovanovich really goes, I think, to the key distinction that the board made over the prior art, and that is whether this front-end stage is unregulated. Of course, we also believe that that key distinction over the prior art, that Kobos figure 6b is allegedly regulated, was incorrect. I think the board got that wrong. And it has, I think, come out through the briefing that that circuit in figure 6b, so that circuit diagram, is not inherently regulated. You want to get to grounds 7 and 8? Yes, Your Honor. Turn to grounds 7 and 8, which is the rejection over Pressman and Kasakian. Here the board had two points regarding Pressman and Kasakian. The first was the Pressman reference allegedly does not teach the starting point, which is the combination of figure 3-3 and figure 3-4b, which we show in the petition the board cited in its opinion. Can you focus on Kasakian and the synchronous rectifier? Yes, Your Honor. And the overall argument with Kasakian and the synchronous rectifier is, first of all, there's no dispute about motivation. Kasakian very strongly suggests that synchronous rectification is needed for increased efficiency. There's a statement on appendix page 2022 where Kasakian says, for efficiency the use of synchronous rectification is almost necessary. So we're not talking about whether or not— Right, but could you get to the heart of the matter, which is that Kasakian is in the context of resident topology. Yes. And then we have Dr. Schlecht testifying, and the other side making arguments about how there's nothing about Kasakian's discussion of synchronous rectifiers in the context of a resident topology that automatically means it's easily transferable to square waveform systems. And I didn't see you really take that on in your gray brief. I think your main position is that synchronous rectifiers were just generally well-known. They were generally known how to implement them, and so it would just be straightforward to apply that in any kind of system, whether it's a square wave system or a resident system. The other side has evidence, or at least testimony to the contrary, and the board made a finding based on that contrary testimony. I'm just wondering why isn't that substantial evidence? I think the board fundamentally misunderstood the essence of the rejection, and I think you've restated our arguments well. Our argument is there's motivation to do it. That's not disputed. The question is whether a person of ordinary skill in the art could have done it, and that's the implementation of synchronous rectification in Pressman's square wave converters. Kasakian does disclose square wave topology. It doesn't go into it. Right, but then in that particular section of Kasakian, it doesn't make any mention of synchronous rectifiers at all. It only talks about it in the context of the resident system. But it certainly acknowledges the existence of square wave converters and acknowledges the fact that people are using synchronous rectification in the art, and then goes on to an advanced topic with high-frequency resident circuits. But the law doesn't require the bodily incorporation, obviously, of Kasakian's circuits into Pressman's teaching. The question is was there enough evidence to show that the ordinary skill in the art could have implemented synchronous rectification in Pressman's system, and we would submit that the evidence there is overwhelming. It's all over the prior art, particularly also when you look at Dr. Steigerwald's prior admissions on this. Right, but none of those statements were in the context of a square wave system. I'm not saying that there really is, in the truthiness of the world, a distinction between the two, but I'm just saying that right now we're left with a record where there is knowledge that a synchronous rectifier and a diode are interchangeable, but we don't have something in the record that says, and yes, you can use a synchronous rectifier in a square wave system, just like you can in a resident topology. I think you actually do have that in the record, Your Honor, and it's in the form of the Cobos article. The Cobos article, if you look at, for example, the diagrams that are next to Figure 6 shows square wave rectification happening. So it is possible in both resident and square wave converted, and that evidence is in the record. Counsel, you're well into your rebuttal time. We'll give you two minutes back, and we'll hear from Mr. Rhine. Thank you, Your Honor. May it please the Court? Vicor raises two obviousness combinations on appeal. For both, Vicor needed to show the combination meets the claims and that one of skill would be motivated to make the combination. For both combinations, Vicor failed at step one. The Board also found that even if Vicor had made a prima facie case of obviousness, the compelling real-world evidence of secondary considerations outweighed Vicor's obviousness evidence, thus providing an independent ground for affirmance. The Board's findings were well-grounded in the record, which backs the Board's factual findings with substantial evidence. Did the Board make any findings about Jovanovich's relevance and application to the proposed rejection? Well, the Board didn't need to even get there because Jovanovich was only urged by Vicor as motivation to combine Cabos's front-end isolating converter with Pressman. It was also urged as motivation to remove pre-regulators from Pressman so that the net result would be you start with Cabos's isolation stage 6B and then that feeds downstream to Pressman switching regulators with the pre-regulator removed. What you're left with then, as Your Honor pointed out, is Cabos figure 6B, which the Board found, based on substantial evidence, is in fact a regulating converter defeating the combination. And so Jovanovich is really beside the point because you don't get to the combination with the combination, you don't get to the claims with the combination that was urged. Now, and that really is essentially the point, because Vicor can't defend the combinations that it actually urged below. Can you remind me, what was the evidence on which the Board relied for reading, was it Cabos as involving a regulated? There was abundant evidence on that, Your Honor. 6B was described as being a pulse-width modulated converter, modulation indicating regulation. On top of that, the converter was said to be taking in 40 to 60 volts VC, 40 to 60 volts. And aiming at 3.3. Aiming, and that's significant because 3.3 was the voltage level to drive logic circuitry, and it was well understood, particularly in the context of Cabos, that you need a tightly regulated voltage for that purpose. And so the evidence was presented by Dr. Select, citing Cabos and other things, and the Board had every right to rely on the evidence. Let me ask you this. Is it possible that paying attention to Jovanovich could have influenced how the Board decided to interpret Cabos? I think the answer to that is no. Number one, because Vicor did not urge that Jovanovich motivates modifying Cabos at all. Well, it didn't use that language, but it did argue that Jovanovich motivates putting an unregulated front end. No, they didn't really say that at all. They argued that Jovanovich motivates the combination of Pressman with Cabos, and also that it motivates removing the pre-regulator from Pressman, so that what you'd be left with is Cabos figure 6B. The second important point, Your Honor, is that if you look at Cabos, the Cabos reference is describing the traditional distributed power architecture system, where a DC converter feeds a voltage to a converter on the Board, which in this case was an isolating and regulating converter. And Cabos also teaches that if you want to create multiple voltages, you can have multiple isolating, regulating converters, or potentially multiple secondary windings coming out of that isolating and regulating converter. Jovanovich was not even urged to modify Cabos at all, and there's no basis to reverse on the basis of an argument that Vicor did not present to the Board below. Right, just so that I can at least be clear about what's on my mind, even if what's on my mind is confused. Put aside the absence of an argument, which as far as I can tell is correct, there is absent an argument to modify Cabos in light of Jovanovich. I was asking about whether a full consideration of Jovanovich might have led the Board to read Cabos the way they urged Cabos should be read. So there would not have been a need to modify it. Right. I think that Cabos on its face is a regulating converter, Jovanovich or not. What do you do with the reference in, I think it's on maybe page 35 of the Blue Brief, to the Barry article which you all cited, which seems to show a pulse width modulator in an unregulated circuit. That's the right language. First of all, we think that that's a misconstruction of the theory. Doesn't it expressly show PWM in unregulated circuit? No? It shows a, if I'm remembering very correctly, it shows a... I'm looking at page 35 of the Blue Brief. Yes. It's figure one, labeled unregulated isolated DC-DC converter. Over on the left side, pulse, fixed pulse width, and then there's text here saying, look at figure seven, which has PWM in the circuit. Is that just not what it seems to me? I think you also have to look at the text of Barry, which talks about removing the pulse width modulation if you're creating an unregulated converter. You can't just look at a diagram in the abstract. You have to look at the text, and we explain that in our brief, that they are misinterpreting Barry. Also, you know, this was not an argument that Vicor made to the board as well. So, of course, necessarily it's not an argument that Sincor addressed below, but we think that they are misinterpreting Barry because they're not looking at the text where it talks about actually removing the regulation. But returning to your basic point, Judge Taranto, if you looked at Cabot, which very clearly one of skill would understand is teaching a regulating converter, in a DEA architecture, which was the typical architecture at the time, it would be the epitome of hindsight to even read Johalik as modifying the regulated converter in Cabot, which, of course, is not what Vicor even argued below. So there's all sorts of technical reasons why one of skill would not use Jivanovich to modify Cabot's in the system of Cabot's teaching. Just before you go on, can I ask you something about, on page 10 of your brief, the red brief, and I apologize if I'm just confused, but you have a sentence that says, one way is to, quote, place the isolation stage first in the power flow, unquote, followed by several DC-DC switching or linear regulators, and you cite column 14, lines 20 to 23. And maybe I'm just blind, but I don't see that there. It connects with the fact that at least until maybe you get to the 021 patent, every single figure has the order of these things reversed. In our brief on page 10? Yeah. The little paragraph that begins the specification also describes, and then the second sentence, one way is to place the isolation stage first in the power flow, followed by several DC-DC switching or linear regulators. Yes. That is specifically from the text of the patent. Right, and my question, I'm reading those lines and I'm not seeing it. It's there. I don't know why. Mike, the 702 patent. Oh, it's later. The citation is wrong. 33. Sorry, got it. Your Honor, not only has Vicor transformed their cobbles-based rejection, but they've also transformed their other combination, which was to take the starting point, the supposed starting point, in Pressman, and then modify it by adding the very specific synchronous rectification scheme in Kasakian. Now, number one, the board found that Vicor's starting point appears nowhere in Pressman. Vicor is combining selective portions of different embodiments while omitting key portions of each. This is the argument about 3.3 being modified. It seems to me Pressman is explicit about this. It says you can do to 3.3 what we do to 3.4. I don't understand how there's any doubt about that. I think what the text is saying, and multiple boards have reached the same conclusion, that what Pressman is saying is that you'll end up with the figures both in 3.4a and in 3.4b as is, and the figures would then be very specific. So there's a sentence right after the display of figure 3.4b saying this type of single secondary winding with multiple output voltage stages can be used in 3.3 or 3.4a. True. And so, to me, that reads like, okay, you don't have to worry about having multiple secondary windings, one for each converting down of voltage output. It does say that, but when it shows a single secondary winding, there is a pre-regulator that it shows in front, and it teaches the importance of a pre-regulator and that while you can eliminate the pre-regulator, that comes at a cost, and the selection of the regulators becomes much more limited. And not only that, but I think it's important to keep in mind the arguments that were being made about Pressman. Pressman is a textbook, a lengthy textbook, that teaches in general the superiority of a single-stage conversion system. It shows that efficiency of a single-stage architecture is far superior to a two-stage. For all possible uses. Yes, and it shows that at that time the perception was, and the teaching was that you're going to get about a 72% efficiency when you have a single-stage conversion system, but you're only going to get about a 59% efficiency. Where did the board make these kinds of findings about the 3.3 not being subject to the modification to make it look like the 3.4a? The board found that it's not a starting point because it didn't find the modification, the hybrid circuit at Vicor. I guess I'm not, but I'm not remembering the board giving explanations for saying, well, yeah, this language does appear in Pressman, but really nobody would have thought that it meant this for the following additional technical reasons. It seems more like the board just missed this. Respectfully, I don't think so. I think the arguments were made by Syncor and by Vicor about how to interpret and potentially get to the circuit that Vicor said is the starting point. And the board had both parties' arguments in front of it and concluded, including Syncor's arguments, that you wouldn't use that as a starting point anyway, because one of skill would not just select some miscellaneous two-stage system, given the entire teaching of Pressman against that. And the board concluded that Vicor's proposed starting point was improper. It didn't go into detail explaining why it was improper. That's true. But I think the essence of their finding was that Vicor is plucking out of a textbook a supposed starting point that isn't clearly disclosed. It's not disclosed in Pressman. Can you get to Kisakian? I'm happy to. I think that's pretty critical. You have a little time left. Okay. So on Kisakian. The claims here, they don't just recite controlled rectifiers. They call for turning on and off these controlled rectifiers in synchronization with the voltage wave. Can you explain what's the mystery behind applying a synchronous rectifier in a square wave system? I can't. Your Honor, there is no one-size-fits-all with synchronous rectification. It was a concept that was known at the time, but it was rarely used. And it was rarely used because what works in one circuit won't work in another. You need a very carefully designed system for timing the turn on and the turn off of the rectifiers. The scheme needs to work with the very specific waveforms that you're dealing with. What might be routine in one circuit is hopelessly complex somewhere else. Context is critical. And so the issue here, because it's what Bicor chose as the basis for its proposed rejection, is whether one of skill would know how to make the changes to Kisakian's synchronous rectification scheme so it would work in Pressman and whether there would be a motivation to do this. And we don't agree that the Board found there was a motivation. We don't concede there was a motivation, as Bicor argued. Kisakian discloses a very complex experimental synchronous rectifier designed for his specific circuit. This was experimental in, am I remembering right, 1988? It was. So by 1997A it was known, having been published in 88, and maybe a lot more was known too. Well, the important point was it was a very specific, customized, controlled rectifier. It wasn't your standard controlled rectifier. Right, but their ground of rejection wasn't take the specific Kisakian synchronous rectifier, fiddle with it in appropriate ways. It was take the idea of synchronous rectifiers, well-known by 1997, and a skilled artisan would know how to do it by then. Respectfully, I think their proposed combination was to take the Kisakian synchronous rectification scheme, which means not just the controlled rectifiers, but also the timing of how to turn on and off the gates, and that one of skill would understand how to use that in pressmen. And there were competing arguments that were made about that. Dr. Schlecht and Dr. Dickens, who's a professor from Texas Tech, both said it's just not that easy. It's very complicated. And, by the way, it's not just a matter of square wave versus resonant. There's also the matter of, you know, what is the voltage level? In a very simple non-isolated circuit that has very low voltage, it's easier to do, but if you have an isolation stage, the timing has to be even more precise. And if you have a high voltage that's going down to a low voltage, then the benefit of doing it is even less clear. It adds complexity. Do you want to finish your thought, please, as you're well into your red light? My simple point is that what the board found, based on the evidence, was that neither Vicor nor the examiner explained how the particular modifications required to combine pressmen and Kisakian, so they found that there had to be modifications, would fall within the skill of one of ordinary skill at the time. Substantial evidence supports that fact finding, and, by the way, it's also well reinforced by the abundant secondary consideration evidence that shows that this is really just pure hindsight. They're using the claims as a way to try to find prior art and pick and choose, whereas in the real world, one of skill would not have done that. Thank you, counsel. Mr. Smith will give you three minutes of rebuttal time. Thank you, Your Honor. I only have a few quick points. First, on the idea that Kisakian says synchronous rectifiers are only rarely used because they're too complicated. Dr. Schlecht explained this in his 1998 tutorial where he said, this was known, it was discussed, it was used, it was well understood 15 to 20 years before that date, so before 1998. The thing holding it back was not the complexity, it was the availability of suitable MOSFETs, the transistors you use, at the right price. Once that came around, it became more prevalent in the early 1990s. Second, I would like to direct your attention to a specific site in the request for reexamination. It's the bridging paragraph at the bottom of appendix page 120 where we specifically talk about Jovanovich providing a motivation to have an unregulated bus voltage and, at the same time, to remove the pre-regulator from Pressman, so that is part of the proposed rejection that was adopted by the examiner. I think the point on Pressman— Did you raise it in your request for rehearing to the board? No. I don't see it discussed in the rehearing decision by the board. That's correct, Your Honor. We only raised two issues in the request for rehearing. So I guess what I'm wondering is if you felt like the board overlooked something in the initial decision by not using Jovanovich in the way that you wanted them to, or at least to consider, then why didn't you raise it in your request for rehearing? As you know, Your Honor, the board has a rule on rehearing that doesn't allow for straight appellate issues to be reheard or at least— Well, if you feel like they've overlooked an argument that you raised and that they didn't address it, that's a grounds for request for rehearing. I think it's an issue that they just got wrong in a sense, but there is a judgment call you have to make on what to raise in rehearing, and the line is not entirely clear, I think. The question ultimately on Jovanovich, Mr. Ryan characterized it as the epitome of hindsight. I think you just don't know because the board didn't address Jovanovich and didn't address the thrust of that rejection in its opinion. Regarding Kobos figure 6B, the rejection as proposed took the circuit of figure 6B and used it with a fixed duty cycle, 50% duty cycle that was fixed. That causes, I think it's undisputed at that point, that if you drive that circuit in that way, it is unregulated, and that if you want to regulate the circuit, you actually have to add a feedback loop that will drive it in a specific way that changes the duty cycle. And so if you drive it in the way the rejection proposed, I think it's undisputed at this point that that would have been found to be unregulated. This is the figure with essentially an empty space in the lower left-hand corner and everybody agrees there are necessary circuit elements that are simply not shown there, and the dispute is what can one infer about what should go in that empty space. That's exactly right, O'Connor. And on that point, I would also point, in addition to the very article, the evidence that Syncor cited in their red brief, Pressman APPX 774 to 775, discusses a PWM converter without regulation at all. So the name, that sort of three-letter acronym, doesn't convey the sense of regulation at all. It's really what the person of ordinary skill in the art can see in COBOS Figure 6B. As it is, it is not regulated. And if the person of ordinary skill has the ability to envision all the regulation circuitry that was necessary, they certainly have the ability to envision it unregulated as well. Thank you, Mr. Smith. This case is submitted. Thank you very much.